381 A.2d 907

Fried v. Fried, Appellant.

Argued September 14, 1977. Ronald M. Katzman, with him Goldberg, Evans & Katzman, for appellant; Bruce A. Grove, Jr., with him Bruce E. Cooper, for appellee.

Order affirmed.